In the Matter of the Claim of DOROTHY FISHBANE, Respondent, against CONGRESS OPERATING CORPORATION, Doing Business as CONGRESS HOTEL et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued February 24, 1939; decided April 4, 1939.

612

*Frederick Mellor* and *Bernard F. Farley* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.